| | |
|---|---|
| 1 | Rodney C. Lee (SBN 217840) |
|   | rlee@ecjlaw.com |
| 2 | **ERVIN COHEN & JESSUP LLP** |
|   | 9401 Wilshire Boulevard, Ninth Floor |
| 3 | Beverly Hills, California 90212-2974 |
|   | Telephone  (310) 273-6333 |
| 4 | Facsimile  (310) 859-2325 |

Attorneys for Plaintiff E.A. Sween Company

Peter J. Gleekel (SB#149834)
Stephen R. Baird (SB#214024)
Bradley J. Walz (SB#339891)
WINTHROP & WEINSTNE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN  55402
Telephone:  (612) 604-6400
Facsimile:   (612) 604-6800

Of Counsel to Plaintiff E.A. Sween Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| E.A. SWEEN COMPANY, a Minnesota corporation, | Case No.: CV08-04539 PA (MANx) |
| Plaintiff | [~~PROPOSED~~] ORDER ENTERING CONSENT JUDGMENT AND PERMANENT INJUNCTION |
| vs. | |
| JIM FRANCHINO D/B/A PAPA CHINO'S DELI EXPRESS, a sole proprietor; GULO ENTERPRISES, INC., a California corporation; and GIMMEGRUB, LLC, a California limited liability company, | |
| Defendants | |

IDOCS:13133.1:718144.1

1  Having considered the Consent Judgment and Permanent Injunction
2  submitted by Plaintiff E.A. Sween Company, on the one hand, Defendants Jim
3  Franchino d/b/a Papa Chino's Deli Express and Gulo Enterprises, Inc. on the other,
4  the Court hereby enters the Consent Judgment and Permanent Injunction
5  concurrently filed herewith.

7  IT IS SO ORDERED.

9  DATED: October 14, 2008

_____
HON. PERCY ANDERSON

Respectfully submitted by:

ERVIN COHEN & JESSUP LLP

/s/ Rodney C. Lee                        Dated this 14th day of October, 2008
Rodney C. Lee
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA  90212-2974
Telephone:   (310) 273-6333
Facsimile:    (310) 859-2325

Of Counsel:
WINTHROP & WEINSTINE, P.A

Peter J. Gleekel
Stephen R. Baird
Bradley J. Walz
225 South Sixth Street
Suite 3500
Minneapolis, MN  55402
Telephone:   (612) 604-6400
Facsimile:    (612) 604-6800

ATTORNEYS FOR PLAINTIFF
E.A. SWEEN COMPANY